ANNA A. KLUEPFEL, Respondent, *v.* GEORGE M. WEAVER, Appellant.

*Kluepfel* v. *Weaver*, 164 App. Div. 968, affirmed.
(Argued May 8, 1917; decided May 22, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 24, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to quiet the title to real property. The plaintiff claimed title under a tax deed executed and delivered by the county treasurer of Oneida county to one William Vorhauer, who with his wife thereafter transferred the lots in question to Philip Kluepfel, who died and gave the property to the plaintiff, his wife, by will. Defendant claimed title by transfers from the original owners in fee, and contended that the sale for taxes and the deed based thereon were void for irregularities. Plaintiff argued that any irregularities were cured by section 132 of the Tax Law.

*James Coupe* and *Henry F. Coupe* for appellant.

*Edward Lewis* and *F. E. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, CARDOZO, POUND and MCLAUGHLIN, JJ.